# Wheeling.

## HEZEKIAH MORAN *vs.* WILLIAM ELDRIDGE's Devisees.

### January Term, 1866.

A suit of unlawful detainer is not capable of being revived on the death of the plaintiff, but abates.

This case arose in *Marion* county in 1850. The plaintiff, *William Eldridge*, who brought the action of unlawful detainer, died in 1852, and the case was revived in the name of his devisees. In October, 1863, a trial was had and a judgment rendered against the defendant, *Moran*, for the possession of the premises. He obtained a supersedeas from this court in 1864.

The case was dismissed here, on motion of the plaintiff in error, at the January term, 1866. No formal opinion was prepared by the court, which was unanimous on the question presented, and the case was not ordered to be reported until the January term, 1868.

*George H. Lee* and *B. Wilson* appeared for the plaintiff in error,

The following was the judgment entered in this court: It seems to the court that inasmuch as the proceeding of unlawful detainer is not in the law capable of being revived on the death of the plaintiff in such proceeding, but upon such death the suit abates, there is error in the said record to the prejudice of the plaintiff as alleged in his petition, wherefore it is considered by the court that the judgment of the said circuit court of Marion county be reversed and annulled, and that the plaintiff in error recover his costs.

JUDGMENT REVERSED.